

# United States District Court
# Eastern District of California

| JOSE URZUA |
|---|
| Plaintiff(s) |

Case Number: 2:23-cv-2772-EFB

V.

| COMMISSIONER OF SOCIAL SECURITY |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bryan Konoski hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Jose Urzua

On 10/21/2003 (date), I was admitted to practice and presently in good standing in the Southern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Cuevas v. Commissioner of Social Security, 2:23-cv-1786-AC, application made 8/24/2023, Granted 9/11/2023

Date: 12/18/2023         Signature of Applicant: /s/ Bryan Konoski

---

U.S. District Court – Pro Hac Vice Application  
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Bryan Konoski |
| Law Firm Name: | Konoski & Partners, P.C. |
| Address: | 305 Broadway, 7th Floor |
| City: | New York    State: NY    Zip: 10007 |
| Phone Number w/Area Code: | (212) 897-5832 |
| City and State of Residence: | East Brunswick, NJ 08816 |
| Primary E-mail Address: | federalecf@gmail.com |
| Secondary E-mail Address: | thefederalappealsfirm@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael Chen |
| Law Firm Name: | Law Firm of Michael Chen |
| Address: | 431 North Alhambra Avenue, Aptartment A |
| City: | Monterey Park    State: CA    Zip: 91755 |
| Phone Number w/Area Code: | (323) 762-4452    Bar # 290153 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 8, 2024

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE