PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
 6401 Security Boulevard
 Baltimore, MD 21235
 Telephone: (510) 970-4864
 E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JOSE URZUA,<br><br>   Plaintiff,<br><br> vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 2:23-cv-02772-EFB<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

  Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 3, 2024, up to and including June 3, 2024.

  This is Defendant's first request for an extension, and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant, along with three other briefs, all of which are due in by early May 2024. Counsel now has eight briefs due in that timeframe, along with other litigation matters, and has preplanned leave for two weeks in May. Thus,

Defendant requires an extension in this case, and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 4, 2024                          /s/  *Bryan Konoski**
                                             *(*as authorized by consent on April 4, 2024)*
                                             BRYAN KONOSKI
                                             Attorney for Plaintiff

Dated: April 4, 2024                          PHILLIP A. TALBERT
                                             United States Attorney

                                             MATHEW W. PILE
                                             Associate General Counsel
                                             Office of Program Litigation, Office 7

                          By:      */s/ Mary Tsai*
                                             MARY TSAI
                                             Special Assistant U.S. Attorney
                                             Office of Program Litigation, Office 7

                                             Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 3, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: April 8, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE