PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOSE URZUA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:23-cv-02772-EFB<br><br>AMENDED STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME |

    Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Brief be extended fifteen (15) days from June 3, 2024, up to and including June 18, 2024.

    This is Defendant's second request for an extension, and it is made with good cause. Since Defendant's first request for an extension of time, Defendant's counsel had to schedule unanticipated leave for the last week of May. Thus, counsel requests a short 15-day extension to respond to Plaintiff's Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                              Respectfully submitted,

Dated: May 20, 2024               /s/ Bryan Konoski , PHV*
                                      (*as authorized via e-mail on May 20, 2024)
                                        BRYAN KONOSKI , PHV
                                        Attorney for Plaintiff

Dated: May 20, 2024               PHILLIP A. TALBERT
                                        United States Attorney

                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation, Office 7

                           By:     /s/ Mary Tsai
                                        MARY TSAI
                                        Special Assistant U.S. Attorney
                                        Office of Program Litigation, Office 7

                                        Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 18, 2024, to respond to Plaintiff's Brief.

Dated: May 29, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE