UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

-------------------------------------------------------------x

JOSE URZUA,                                             Dkt #: 2:23-cv-02772-EFB

                Plaintiff/Petitioner,

- against –


COMMISSIONER OF SOCIAL SECURITY,

                Defendant/Respondent.

-------------------------------------------------------------x

## ORDER AWARDING EAJA FEES

WHEREAS The Plaintiff has filed a stipulation for seeking an award of attorney's fees pursuant to the Equal Access to Justice Act; it is hereby

ORDERED that the Plaintiff's stipulation for attorney's fees is GRANTED and Plaintiff is awarded $7,500.00 in attorney's fees; and it is further

ORDERED that the aforementioned award shall be payable directly to Plaintiff's counsel subject to any administrative offset due to Plaintiff's outstanding federal debt, if any existing.

Dated: May 20, 2025

                                                SO ORDERED:

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE